REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATELYNN COE,<br><br>    Plaintiff,<br><br>v.<br><br>BERRY COMPANIES, an organization, SKIPS MARKET, an organization, and, DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00247-LRH-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendants shall have an additional 32 days to file its response to Plaintiff's *Complaint* (ECF No. 1). The response was originally due on June 21, 2018 and shall now be due on July 23, 2018.

[Remainder of page intentionally left blank.]

| | |
|---|---|
| 1 | This request is made not as an attempt to delay but to allow Defendant time to |
| 2 | fully prepare a response to the complaint. Defendants just retained counsel on |
| 3 | approximately June 15, 2018. |

RESPECTFULLY SUBMITTED this 19th day of June, 2018.

        ERICKSON, THORPE & SWAINSTON, LTD

        /s/ Rebecca Bruch
        REBECCA BRUCH, ESQ. (SBN 7289)
        99 West Arroyo Street
        Reno, Nevada 89509

RESPECTFULLY SUBMITTED this 19th day of June, 2018.

        AMENS LAW, LTD.

        /s/ Debra Amens
        DEBRA M. AMENS, ESQ. (SBN12681
        P.O. Box 488
        Battle Mountain, Nevada 89820

## **ORDER**

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until July 23, 018 to file its response to Plaintiff's *Complaint*.

Dated this 20th day of June, 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE