| | |
|---|---|
| 1 | DEBRA M. AMENS, ESQ. |
| 2 | Amens Law, Ltd. |
| | Nevada Bar No. 12681 |
| 3 | P.O. Box 488, Battle Mountain, NV 89820 |
| | T: 775-235-2222  F: 775-635-9146 |
| 4 | Email: debra@amenslawfirm.com |

*The undersigned hereby affirms that this document does not contain a social security number.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATELYNN COE, | |
| | CASE NO.  3:18-cv-247-RAM |
| Plaintiff, | |
| vs. | |
| | **STIPULATION FOR DISMISSAL** |
| BERRY COMPANIES, an organization, | **WITH PREJUDICE; ORDER** |
| SKIPS MARKET, an organization, and, | |
| DOES 1 through 100, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER - 1

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

DATED: March 6, 2019          DATED: March 6, 2019

/s/ Debra Amens          /s/ Rebecca Bruch

Debra M. Amens, Esq., NSBN 12681      Rebecca Bruch, Esq., NSBN 7289
AMENS LAW, Ltd.          ERICKSON, THORPE & SWAINSTON
*Attorneys for Plaintiff, Katelynn Coe*     *Attorneys for Defendants:*
         *Berry Companies, Skips Markets, et al.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 12, 2019.

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER - 2